IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BACHIR DEBBA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GERARD HEINAUER, Director Nebraska )<br>Service Center; )<br>MICHAEL B. MUKASEY, Attorney )<br>General of the United States; )<br>JONATHAN SCHARFEN, Acting Director, )<br>U.S. Citizenship and Immigration Service. )<br>)<br>Defendants. ) | Civ. No. 8:08CV304<br><br><br>ORDER |

UPON the Defendants' Motion for an Extension of Time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) (filing number 12);

AND for good cause shown,

IT IS HEREBY ORDERED that the Defendants' motion is granted. The parties shall have until December 1, 2008, to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court.

DATED October 28, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge