IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BACHIR DEBBA,**<br><br>　　　　**Plaintiff,**<br>　　v.<br><br>**GERARD HEINAUER, Director,<br>Nebraska Service Center; MICHAEL<br>B. MUKASEY, Attorney General of<br>the United States; JONATHAN<br>SCHARFEN, Acting Director, U.S.<br>Citizenship and Immigration Service,**<br><br>　　　　**Defendants.** | **8:08CV304**<br><br><br><br>**ORDER** |

　　　　This matter is before the Court on the Federal Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Opposition to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Filing No. 21). The Defendants seek to extend their deadline for filing a reply brief in response to Plaintiff's brief opposing the Defendants' motion from December 29, 2008 to January 8, 2009.

　　　IT IS ORDERED:

　　　1.　　The Defendants' Unopposed Motion for Extension of Time (Filing No. 21) is granted; and

　　　2.　　The Defendants shall reply to the Plaintiff's response by filing its brief and index of evidence, if any, on or before January 8, 2009.

　　　DATED this 30th day of December, 2008.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　United States District Judge